Mary Alice LACKEY, Individually, and Mary Alice Lackey, Personal Representative of the Estate of Eldon Lackey, Deceased, Appellant,

v.

RINGSBY TRUCK LINES, INC. and Mac Maurier Pogrelis, Respondents.

No. WD 37867.

Missouri Court of Appeals, Western District.

Dec. 23, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied March 17, 1987.

Elwyn L. Cady, Jr., Independence, for appellant.

G. Michael Fatall of Sheridan, Sanders, & Simpson, P.C., Kansas City, for respondents.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

**592**

PER CURIAM.

## ORDER

Civil action seeking damages for negligent operation of a motor vehicle.

Judgment affirmed. Rule 84.16(b).